PROB 12
(02/05-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U. S. A. vs. DENNIS ARMIJO                          Docket Number: 08-cr-00391-WYD-01

### Supplemental Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release

COMES NOW, Christine A. Zorn, probation officer of the court, presenting an official report upon the conduct and attitude of Dennis Armijo who was placed on supervision by the Honorable Rodney W. Sippel sitting in the court at St. Louis, Missouri, on the 4th day of August, 1999, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.      The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use if a controlled substance.

2.      The defendant shall participate, as directed by the probation officer, in a drug or alcohol abuse treatment program which may include substance abuse testing, counseling, residence in Community Corrections Center, residence in a Comprehensive Sanctions Center, or inpatient treatment in a treatment center or hospital.

3.      The defendant shall abstain from the use of alcohol and/or all other intoxicants.

**On September 12, 2008, jurisdiction of this case was transferred from the Eastern District of Missouri to the District of Colorado.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the petition dated May 28, 2009, be supplemental to include violation number nine (9).

### ORDER OF THE COURT

Considered and ordered this 21st day of August, 2009, and ordered filed and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Christine Zorn
_____
Christine A. Zorn
Senior U.S. Probation Officer

s/ Wiley Y. Daniel
_____
Wiley Y. Daniel
Chief U.S. District Judge

Place: Denver, Colorado
Date: August 17, 2009

**ATTACHMENT**

On February 23, 2007; July 11, 2007; and November 21, 2008, the conditions of supervised release were read and explained to the defendant.  On those dates, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them.

The defendant has committed the following violations of supervised release:

**9.      <u>POSSESSION AND USE OF A CONTROLLED SUBSTANCE</u>**

On or about June 2, 2009, the defendant used or administered a controlled substance, marijuana, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On June 5, 2009, I received notification that a urine sample submitted by the defendant on June 2, 2009, tested positive for cocaine and marijuana, and the creatinine level on this urine sample tested abnormal. Abnormal levels are usually a result of "flushing" chemicals out of one's body by consuming a large amount of water prior to providing a urine sample.