**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00391-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DENNIS ARMIJO,

        Defendant.

---

ORDER CONTINUING SUPERVISED RELEASE VIOLATION HEARING

---

       This matter was before the Court for a supervised release violation hearing on September 2, 2009, upon report by the probation officer that Defendant has violated supervised release.  The Defendant admits guilt to the violations as alleged in the probation officer's petition.  Accordingly, it is

       ORDERED that Defendant's supervised release is continued under the original order of this Court, and imposition of sentence in this matter is deferred until December 10, 2009, at 11:00 a.m., for continued violation hearing proceedings.  It is

       FURTHER ORDERED that Defendant be released from the custody of the United States Marshal to resume his period of supervised release.

       DATED at Denver, Colorado, this 15th day of September, 2009.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge