UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00391-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DENNIS ARMIJO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Monday, May 17, 2010 at 9:00 a.m.**

    Dated: April 2, 2010